NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CREDIT ACCEPTANCE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DRIVETIME AUTOMOTIVE GROUP, INC., et al.,<br><br>　　　　　Defendants. | CASE NO.: 13-CV-01531-SJO (MRWx)<br><br>ORDER CONTINUING THE JUNE 3, 2013 HEARINGS ON DEFENDANTS' MOTION TO TRANSFER VENUE, MOTION TO DISMISS, AND MOTION TO STAY TO JUNE 24, 2013<br><br>Date:　　June 3, 2013<br>Time:　　10:00 a.m.<br>Judge:　　Hon. S. James Otero |

**ORDER**

THE COURT, having reviewed the parties' Joint Stipulation To Continue The June 3, 2013 Hearings On Defendants' Motion To Transfer Venue, Motion To Dismiss, And Motion To Stay To June 24, 2013, and for good cause shown;

The Court finds that the Defendants' Motion to Transfer Venue, Motion to Dismiss, and Motion to Stay [23] and Defendant's Motion to Dismiss Case Pursuant to Fed.R.Civ.P. 12(b)(6) and Motion to Stay [24] are suitable for disposition without oral argument and vacates the hearing set for June 3, 2013. See Fed. R. Civ. P. 78(b).

The Court sets the following briefing schedule: Plaintiff's opposition papers to those motions shall be filed on or before June 3, 2013 and Defendants' reply papers shall be filed on or before June 10, 2013.

**IT IS SO ORDERED.**

DATED: _May 14, 2013_____

_____
The Honorable S. James Otero, Judge
United States District Court
For the Central District of California

1